# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3307
_____

CUSTOM TRAVEL SOLUTIONS,
LLC,

    Appellant,

    v.

MARK SEYFORTH, an individual,
and CHARLES MCMURRY, an
individual,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

March 18, 2026

PER CURIAM.

AFFIRMED. *See Wilson v. Jacks*, 310 So. 3d 545, 547 (Fla. 1st DCA 2021) (citations omitted) ("[I]ssues and claims not specifically pleaded in a party's complaint or answer cannot be considered by a trial court reviewing a summary judgment motion.").

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Ginger Barry Boyd of Nelson Mullins Riley & Scarborough LLP, Tallahassee, for Appellant.

Sidney L. Matthew, Tallahassee, for Appellee Charles McMurry; Mark Seyforth, pro se, Appellee.